AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
JUN - 3 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.
Rico Frank Long

*Defendant(s)*

Case No. 4:16 MJ 5158 NAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 8, 2015__ in the county of __St. Louis County__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1591(a)(1) | Sex Trafficking By Force, Fraud or Coercion |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Michael Slaughter, Special Federal Officer, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/03/2016__

*Judge's signature*

City and state: __St. Louis, Missouri__

Honorable Nannette A. Baker, U.S. Magistrate Judge

*Printed name and title*