FILED
MAR 1 5 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RICO FERNANDEZ LONG, ) <br> ) <br> ) <br> Defendant. ) <br> ) | 4:17CR120 RWS/PLC |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about December 8, 2015, within the Eastern District of Missouri and elsewhere,

**RICO FERNANDEZ LONG,**

the defendant herein, did knowingly transport "Jane Doe" in interstate commerce with the intent that "Jane Doe" engage in prostitution.

All in violation of Title 18, United States Code, Section 2421(a).

### COUNT II

The Grand Jury further charges that:

On or about December 8, 2015, within the Eastern District of Missouri and elsewhere,

**RICO FERNANDEZ LONG,**

the defendant herein, did knowingly persuade, induce, entice and coerce "Jane Doe" to travel in interstate commerce to engage in prostitution.

All in violation of Title 18, United States Code, Section 2422(a).

## COUNT III

The Grand Jury further charges that:

On or about December 8, 2015, within the Eastern District of Missouri and elsewhere,

**RICO FERNANDEZ LONG,**

the defendant herein, did knowingly travel and use facilities in interstate commerce with intent to promote, manage, establish and carry on any unlawful activity, to wit: prostitution, and thereafter did knowingly promote, manage, establish and carry on that illegal activity.

In violation of Title 18, United States Code, Sections 1952(a)(3).

## COUNT IV

The Grand Jury further charges that:

On or about December 8, 2015, within the Eastern District of Missouri and elsewhere,

**RICO FERNANDEZ LONG,**

the defendant herein, having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney